IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Oxford House, Inc. and Moaz Ohio, LLC** ) | |
| ) | Case Number: 1:25-cv-00754-DRC |
| Plaintiffs, ) | |
| vs. ) | Judge: Douglas R. Cole |
| ) | |
| **City of Ironton, Ohio** ) | Magistrate: Stephanie K. Bowman |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR LEAVE TO FILE INSTANER

Plaintiffs Oxford House, Inc., Moaz Ohio, LLC, and Defendant, City of Ironton, Ohio, (collectively the "Parties") file this Joint Motion for Leave to File the attached Joint Discovery Plan (Rule 26(f) Report) Instanter. In support of the instant Motion, the Parties adopt and incorporate by reference herein all assertions in Plaintiffs' Motion for Extension of Time, filed on November 25, 2025. *See* Pl. Mot. for Extension of Time, ECF. No. 7 at Page ID 31-34.

Dated: November 25, 2025

1

Respectfully submitted,

/s/ Joseph Sobecki
Joseph Sobecki
Trial Attorney
Ohio Bar Number: 101714
405 Madison Avenue, Suite 910
Toledo, Ohio 43604
Direct: (419) 283-9282
Office: (419) 242-9908
Facsimile: (419) 242-9937
Email: joseph@josephsobecki.com
*Counsel for Plaintiffs, Oxford House, Inc. and Moaz Ohio, LLC*

/s/ Dawn Frick
Dawn Frick (0069068)
Surdyk Dowd & Turner, Co. LPA
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
Telephone: (937) 222-2333
Facsimile: (937) 222-1970
Email: dfrick@sdtlawyers.com
*Counsel for Defendant, City of Ironton, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Electronic Filing (CM/ECF) on November 25, 2025, on all counsel or parties of record on the service list below.

/s/ Joseph Sobecki
Joseph Sobecki

## SERVICE LIST

**City of Ironton, Ohio**
c/o Dawn Frick
Surdyk Dowd & Turner, Co. LPA
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
Telephone: (937) 222-2333
Facsimile: (937) 222-1970
Email: dfrick@sdtlawyers.com

**City of Ironton, Ohio**
c/o Jeff Turner
Surdyk Dowd & Turner, Co. LPA
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
Telephone: (937) 222-2333
Facsimile: (937) 222-1970
Email: jturner@sdtlawyers.com