# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Oxord House, Inc. and Moaz Ohio, LLC,

**Plaintiff(s),**

v.

City of Ironton, Ohio,

**Defendant(s).**

Case No. 1:25-cv-00754
**District Judge** Douglas R. Cole
**Magistrate Judge** Stephanie K. Bowman

**RULE 26(f) REPORT OF PARTIES**
(to be filed not later than seven days prior to the preliminary pretrial conference)

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on November 21, 2025, and was attended by:

Joseph Sobecki, counsel for plaintiff(s) Oxford House, Inc. and Moaz Ohio, LLC,

_____, counsel for plaintiff(s) _____,

_____, counsel for plaintiff(s) _____,

Dawn Frick, counsel for defendant(s) City of Ironton, Ohio,

_____, counsel for defendant(s) _____,

_____, counsel for defendant(s) _____,

_____, counsel for defendant(s) _____,

2. The parties:

___ have provided the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1), including a medical package (if applicable).

X will exchange such disclosures by December 19, 2025 .

___ are exempt from disclosure under Fed. R. Civ. P. 26(a)(1)(B).

3. The parties:

___ unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

X do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

___ unanimously give contingent consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), for trial purposes only, in the event that the assigned District Judge is unavailable on the date set for trial (e.g., because of other trial settings, civil or criminal).

4. Recommended cut-off date for filing of motions directed to the pleadings:
   February 2, 2026

5. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties:
   February 27, 2026

6. Recommended discovery plan:
   a. Describe the subjects on which discovery is to be sought and the nature, extent and scope of discovery that each party needs to: (i) make a settlement evaluation, (ii) prepare for case dispositive motions, and (iii) prepare for trial:
      The parties will need to exchange written discovery and depose
      witnesses to prepare for each of the three items above.

b. What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules of this Court, including the limitations to 25 interrogatories/requests for admissions and the limitations of 10 depositions, each lasting no more than one day consisting of seven (7) hours?

None at this time but may be amended by agreement of the parties.

c. Additional recommended limitations on discovery:

None at this time but may be amended by agreement of the parties.

d. Recommended date for the disclosure of lay witnesses:

March 30, 2026

e. Describe the areas in which expert testimony is expected and indicate whether each expert had been or will be specifically retained within the meaning of Fed. R. Civ. P. 26(a)(2).

Municipal Governance and Zoning Practice: An expert in municipal governance and zoning will testify for the Defendant on standard planning and zoning procedures, whether zoning and building codes were discriminatory. This expert will likely be specifically retained.

f. Recommended date for disclosure and report of Plaintiff(s) expert(s):
   May 8, 2026

g. Recommended date for disclosure and report of Defendant(s) expert(s):
   June 22, 2026

h. Recommended date for disclosure and report of rebuttal expert(s):
   July 24, 2026

i. Discovery of Electronically Stored Information: The parties have discussed disclosure, discovery, and preservation of electronically stored information, including the form or forms in which it should be produced.

   \_\_\_\_ Yes

   _X_ No

   i. The parties have electronically stored information in the following formats:
      E-mail communications, documents in Portable Document Format (PDF), Word documents, photos and other forms of ESI in their possession.

   ii. The case presents the following issues relating to disclosure, discovery or preservation of electronically stored information, including the form or forms in which it should be produced:
      None at this time.

    j. Claims of Privilege or Protection. The parties have discussed issues regarding the protection of information by privilege or the work-product doctrine, including whether the parties agree to a procedure to assert these claims after production or have any other agreements under Fed. R. Evid. 502.

        \_\_\_\_ Yes

        _X_ No

      i. The case presents the following issues relating to claims of privilege or of protection as trial preparation materials:

Defendant maintains communications with Defendant's statutory council will be subject to claims of privilege.

      ii. Have the parties agreed on a procedure to assert such claims **AFTER** production?

        _X_ No

        \_\_\_\_ Yes

        \_\_\_\_ Yes, and the parties ask that the Court include their agreement in an order.

7. Recommended discovery cut-off date: August 28, 2026

8. Recommended dispositive motion date: September 30, 2026

9. Recommended date for status conference (if any): June 2026

10. Suggestions as to type and timing of efforts at Alternative Dispute Resolution:
Parties will contact the court regarding potential alternative dispute resolution efforts.

11. Recommended date for a final pretrial conference: April 2027

12. Has a settlement demand been made?  Yes

    A response?  Pending

    Date by which a settlement demand can be made: February 13, 2026

    Date by which a response can be made: March 30, 2026

13. Other matters pertinent to the scheduling or management of this litigation:

    Plaintiffs requested that the Defendant file an amended answer within 30 days of Nov. 21, 2025, in lieu of a Plaintiff motion directed at Defendant's answer. Defendant agreed to consider the request. Plaintiff requests leave to file a 12(f) motion within 21 days of Dec. 12, 2025, or the filing of an amended answer.

Signatures:

Attorney(s) for Plaintiff(s):

/s/ Joseph Sobecki
Ohio Bar # 101714
Trial Attorney for

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Attorney(s) for Defendants(s):

/s/ Dawn M. Frick
Ohio Bar # 0069068
Trial Attorney for

Jeffrey C. Turner
Ohio Bar # 0063154
Trial Attorney for

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for